**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT COVINGTON**

**CIVIL ACTION NO. 17-211-DLB-CJS**

**WILLIAM NAUGHER**                                                                                          **PLAINTIFF**

**v.**                                                            **ORDER**

**INLAND MARINE SERVICE**                                                                               **DEFENDANT**

\* \* \* \* \* \* \* \* \* \*

The parties, by and through counsel, having notified the Court that they have a mutual desire to participate in a court-facilitated settlement conference, and all parties being in agreement as to a date for said conference, accordingly,

**IT IS ORDERED** as follows:

1. A court-facilitated settlement conference will be held on **Friday, March 16, 2018, starting at 9:30 a.m. and ending by 1:00 p.m.**, at the U.S. Courthouse, 35 West Fifth Street, Room 375, in Covington, Kentucky. Counsel are ordered to have their respective clients present in person at such conference (unless otherwise excused by the undersigned) and fully authorized to negotiate and approve a settlement in this matter. The parties' attention in this regard is directed to *Lockhart v. Patel*, 115 F.R.D. 44 (E.D. Ky. 1987). Also, the designated client(s) attending the conference must be someone other than counsel of record.

2. Counsel shall provide to the undersigned's Chambers (by fax to 859-392-7906 or email to Smith_Chambers@kyed.uscourts.gov) by the **close of business on March 9, 2018,** a confidential statement specifying the settlement position of counsel's client(s). This position

2

statement must include the party's confidential evaluation of the case, including an assessment of liability and damages and the strengths and weaknesses relating thereto; the party's view of the fair and reasonable monetary value of the case for settlement purposes; and a summary of any prior settlement negotiations between the parties. This position statement must also identify the client(s) and/or insurance representative(s) who will be in attendance at the settlement conference. This document setting forth a party's settlement position **shall not** be filed with the Clerk of Court, nor provided to any other party; it is intended solely for the undersigned's use before and during the settlement conference.

Signed this 16th day of February, 2018.



Signed By:
Candace J. Smith
United States Magistrate Judge

J:\DATA\Orders\civil cov\2017\17-211-DLB order setting ADR.docx